| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **David J. Perla** | Social Security number or ITIN | xxx–xx–0911 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lynn Petrarca–Perla** | Social Security number or ITIN | xxx–xx–1436 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter | 13   11/8/19 |
| Case number: | 19–24385–GLT | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David J. Perla | Lynn Petrarca–Perla |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11719 Percheron Cir.<br>Irwin, PA 15642 | 11719 Percheron Cir.<br>Irwin, PA 15642 |
| 4. | **Debtor's attorney**<br>Name and address | Albert G. Reese Jr.<br>Law Office of Albert G. Reese, Jr.<br>640 Rodi Road, 2nd Floor, Suite 2<br>Pittsburgh, PA 15235 | Contact phone 412–241–1697<br><br>Email: areese8897@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 12/23/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 27, 2020 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/27/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/17/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/6/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/27/20** at **02:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24385-GLT
David J. Perla                                                            Chapter 13
Lynn Petrarca-Perla
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 3           Date Rcvd: Dec 23, 2019
                              Form ID: 309I           Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
```
db/jdb         +David J. Perla,    Lynn Petrarca-Perla,    11719 Percheron Cir.,    Irwin, PA 15642-6745
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15154846       +Aas Debt Recovery In,    Pob 129,    Monroeville, PA 15146-0129
15174244      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Continental Finance,    c/o VERVE,    PO BOX 105125,
                 Atlanta, GA 30348)
15174235       +Capital One Bank,    Midland Funding,    c/o Hayt, Hayt & Landau LLC,
                 123 S. Broad Street, Suite 1660,    Philadelphia, PA 19109-1003
15174260       +MABT/CONTFIN,    121 Continental Dr.,    Suite 1,    Newark, DE 19713-4326
15154860       +NTB/CBSD,    Citi Corp Credit Services Centralized Ba,    Po Box 20507,
                 Kansas City, MO 64195-0507
15154862       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15154864       +Recivable Management Services. LLC,    240 Emery Street,    Bethlehem, PA 18015-1980
15154871       +USDOE/GLELSI,    2401 International Lane,    Madison, WI 53704-3121
15154870        Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: areese8897@aol.com Dec 24 2019 08:25:51      Albert G. Reese, Jr.,
                 Law Office of Albert G. Reese, Jr.,    640 Rodi Road, 2nd Floor, Suite 2,
                 Pittsburgh, PA  15235
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 24 2019 08:27:05      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Dec 24 2019 08:27:19
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Dec 24 2019 10:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15154847       +EDI: PHINAMERI.COM Dec 24 2019 10:53:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096-3853
15159694        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 07:56:07      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15154849       +EDI: CAPITALONE.COM Dec 24 2019 10:53:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
15174234       +EDI: CAPITALONE.COM Dec 24 2019 10:53:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
15154848       +EDI: CAPITALONE.COM Dec 24 2019 10:53:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
15174236       +EDI: WFNNB.COM Dec 24 2019 10:53:00      Catherins,    c/o Comenity Bank,    PO Box 182789,
                 Columbus, OH 43218-2789
15156924       +E-mail/Text: bankruptcy@cavps.com Dec 24 2019 08:27:44      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15154850       +EDI: CITICORP.COM Dec 24 2019 10:53:00      Citibank/Exxon Mobile,    Attn: Bankruptcy,
                 Po Box 790034,    St Louis, MO 63179-0034
15154851       +EDI: CITICORP.COM Dec 24 2019 10:53:00      Citibank/Goodyear,    Attn: Bankruptcy,
                 Po Box 790034,    St Louis, MO 63179-0034
15154852       +EDI: CITICORP.COM Dec 24 2019 10:53:00      Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,
                 Sioux Falls, SD 57117-6275
15154853       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 24 2019 08:27:26
                 Collection Service Center, Inc.,    Attn: Bankruptcy,    839 5th Ave.,
                 New Kensington, PA 15068-6303
15174241       +E-mail/Text: BKRMailOps@weltman.com Dec 24 2019 08:27:34      Comenity Bank,
                 c/o Weltman Weinberg & Reis,    PO Box 93596,    Cleveland, OH 44101-5596
15154854       +EDI: WFNNB.COM Dec 24 2019 10:53:00      Comenity Bank/Express,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
15154855       +EDI: WFNNB.COM Dec 24 2019 10:53:00      Comenity Bank/Lane Bryant,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
15154857       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 24 2019 07:52:59      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15174247       +EDI: CITICORP.COM Dec 24 2019 10:53:00      Exxon Mobil & Citibank,    PO BOX 6497,
                 Sioux Falls, SD 57117-6497
15174248       +EDI: WFNNB.COM Dec 24 2019 10:53:00      Fashion Bug,    PO Box 182789,    Columbus, OH 43218-2789
15154858       +EDI: BLUESTEM Dec 24 2019 10:53:00      Fingerhut,    Attn: Bankruptcy,    Po Box 1250,
                 Saint Cloud, MN 56395-1250
15154859       +EDI: AMINFOFP.COM Dec 24 2019 10:53:00      First PREMIER Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
15174252       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 07:50:18
                 GE Capital Retail Bank,    c/o Cach, LLC,    4340 S. Monaco St. Unit 2,    Denver, CO 80237-3485
15174251       +E-mail/Text: bankruptcy@cavps.com Dec 24 2019 08:27:44      GE Capital Retail Bank,
                 c/o Calvary Portfolio Services,    PO Box 520,    Valhalla, NY 10595-0520
```

```
District/off: 0315-2              User: nsha               Page 2 of 3               Date Rcvd: Dec 23, 2019
                                  Form ID: 309I            Total Noticed: 65


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15174229      +EDI: PHINAMERI.COM Dec 24 2019 10:53:00     GM Financial,    4001 Embarcadero,
               Arlington, TX 76014-4106
15174253      +EDI: CITICORP.COM Dec 24 2019 10:53:00      Goodyear Tire/ Citibank,    PO Box 6497,
               Sioux Falls, SD 57117-6497
15174254      +EDI: IIC9.COM Dec 24 2019 10:53:00     Greater Pittsburgh Orthopedic,    c/o IC Systems Inc,
               PO Box 64378,    Saint Paul, MN 55164-0378
15174255      +EDI: CITICORP.COM Dec 24 2019 10:53:00      Home Depot Citibank,    PO Box 6497,
               Sioux Falls, SD 57117-6497
15174256      +EDI: RMSC.COM Dec 24 2019 10:53:00     JC Penney,   c/o Synchrony Bank,    PO Box 965007,
               Orlando, FL 32896-5007
15174257      +EDI: WFNNB.COM Dec 24 2019 10:53:00     Justice,   c/o Comenity Bank,    PO Box 182789,
               Columbus, OH 43218-2789
15174258      +E-mail/Text: bncnotices@becket-lee.com Dec 24 2019 08:26:35      Kohl's,   c/o Capital One,
               PO Box 3115,    Milwaukee, WI 53201-3115
15174259      +EDI: WFNNB.COM Dec 24 2019 10:53:00     Lane Bryant,   c/o Comenity Bank,    PO Box 182789,
               Columbus, OH 43218-2789
15174261      +EDI: WFNNB.COM Dec 24 2019 10:53:00     Maurices,   c/o Comenity Bank,    PO Box 182789,
               Columbus, OH 43218-2789
15174262      +EDI: LTDFINANCIAL.COM Dec 24 2019 10:53:00       NTB Citibank,   c/o LTD Financial Services,
               7322 Southwest Freeway,    STE 1600,   Houston, TX 77074-2134
15154861      +Fax: 407-737-5634 Dec 24 2019 06:46:08     OCWEN Loan Servicing,    Attn: Bankruptcy,
               1661 Worthington Rd St. 100,    West Palm Beach, FL 33409-6493
15154863       EDI: PRA.COM Dec 24 2019 10:53:00     Portfolio Recovery,   Attn: Bankruptcy,
               120 Corporate Blvd,   Norfold, VA 23502
15171824       EDI: PRA.COM Dec 24 2019 10:53:00     Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
15174265      +EDI: RMSC.COM Dec 24 2019 10:53:00     Paypal Smart Account,   c/o Synchrony Bank,
               PO BOX 965005,   Orlando, FL 32896-5005
15174269      +EDI: SEARS.COM Dec 24 2019 10:53:00     Sears Citi Bank,    PO Box 6282,
               Sioux Falls, SD 57117-6282
15174270      +EDI: CITICORP.COM Dec 24 2019 10:53:00      Sunoco Citibank,   PO Box 6497,
               Sioux Falls, SD 57117-6497
15154865      +EDI: RMSC.COM Dec 24 2019 10:53:00     Syncb/PPC,   Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
15155133      +EDI: RMSC.COM Dec 24 2019 10:53:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
15154866      +EDI: RMSC.COM Dec 24 2019 10:53:00     Synchrony Bank/Amazon,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
15154867      +EDI: RMSC.COM Dec 24 2019 10:53:00     Synchrony Bank/TJX,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
15154868      +EDI: RMSC.COM Dec 24 2019 10:53:00     Synchrony Bank/Walmart,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
15174277      +EDI: RMSC.COM Dec 24 2019 10:53:00     TJX COS,   c/o Synchrony Bank,    PO Box 965005,
               Orlando, FL 32896-5005
15154869      +EDI: WTRRNBANK.COM Dec 24 2019 10:53:00      Target,   Attn: Bankruptcy,    Po Box 9475,
               Minneapolis, MN 55440-9475
15174276      +EDI: WTRRNBANK.COM Dec 24 2019 10:53:00      Target Credit,   c/o TD Bank USA,
               3701 Wayzata Blvd #MS6C,    Minneapolis, MN 55416-3440
15174280      +EDI: WFNNB.COM Dec 24 2019 10:53:00     Victoria Secret,   c/o Comenity Bank,    PO Box 182789,
               Columbus, OH 43218-2789
15174281      +EDI: RMSC.COM Dec 24 2019 10:53:00     Walmart/ Synchrony Bank,    PO Box 965024,
               Orlando, FL 32896-5024
15154872      +EDI: WFFC.COM Dec 24 2019 10:53:00     Wells Fargo Dealer Services,    Attn: Bankruptcy,
               Po Box 19657,    Irvine, CA 92623-9657
15170467      +E-mail/Text: bankruptcy@firstenergycorp.com Dec 24 2019 08:27:26      West Penn Power,
               5001 NASA Blvd,   Fairmont WV 26554-8248
                                                                                              TOTAL: 53

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
15174230*     +Aas Debt Recovery In,   Pob 129,    Monroeville, PA 15146-0129
15174231*     +AmeriCredit/GM Financial,   Attn: Bankruptcy,    Po Box 183853,   Arlington, TX 76096-3853
15154856*    ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: Continental Finance Company,    Attn: Bankruptcy,    Po Box 8099,
                Newark, DE 19714)
15174245*    ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: Continental Finance Company,    Attn: Bankruptcy,    Po Box 8099,
                Newark, DE 19714)
15174233*     +Capital One,   Po Box 30281,   Salt Lake City, UT 84130-0281
15174232*     +Capital One,   Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
15156926*     +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15174237*     +Citibank/Exxon Mobile,   Attn: Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
15174238*     +Citibank/Goodyear,   Attn: Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
15174239*     +Citibank/Sears,   Attn: Bankruptcy,    Po Box 6275,   Sioux Falls, SD 57117-6275
15174240*     +Collection Service Center, Inc.,    Attn: Bankruptcy,   839 5th Ave.,
               New Kensington, PA 15068-6303
15174242*     +Comenity Bank/Express,   Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
15174243*     +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,   Po Box 182125,    Columbus, OH 43218-2125
```

```
District/off: 0315-2          User: nsha              Page 3 of 3             Date Rcvd: Dec 23, 2019
                              Form ID: 309I           Total Noticed: 65


             ***** BYPASSED RECIPIENTS (continued) *****
15174246*       +Credit One Bank,    Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15174249*       +Fingerhut,    Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
15174250*       +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
15174263*       +NTB/CBSD,    Citi Corp Credit Services Centralized Ba,    Po Box 20507,
                 Kansas City, MO 64195-0507
15174264*       +OCWEN Loan Servicing,    Attn: Bankruptcy,    1661 Worthington Rd St. 100,
                 West Palm Beach, FL 33409-6493
15174267*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                 Norfold, VA 23502)
15174266*       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15174268*       +Recivable Management Services. LLC,    240 Emery Street,    Bethlehem, PA 18015-1980
15174271*       +Syncb/PPC,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174272*       +Synchrony Bank/Amazon,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174273*       +Synchrony Bank/TJX,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174274*       +Synchrony Bank/Walmart,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174275*       +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
15174279*       +USDOE/GLELSI,    2401 International Lane,    Madison, WI 53704-3121
15174278*        Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                 Cherry Hill, NJ 08003-3620
15174282*       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTALS: 1, * 29, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Joint Debtor Lynn  Petrarca-Perla areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Debtor David J. Perla areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James  Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```