Certificate Number: 15317-PAW-DE-034000988

Bankruptcy Case Number: 19-24385



15317-PAW-DE-034000988

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 25, 2020</u>, at <u>7:09</u> o'clock <u>PM PST</u>, <u>David J Perla</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>January 25, 2020</u>         By:    <u>/s/Jonald Gutierrez</u>

                                        Name:  <u>Jonald Gutierrez</u>

                                        Title: <u>Counselor</u>