Certificate Number: 15317-PAW-DE-034000989

Bankruptcy Case Number: 19-24385



15317-PAW-DE-034000989

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on January 25, 2020, at 7:09 o'clock PM PST, Lynn Petrarca-Perla completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 25, 2020            By:   /s/Jonald Gutierrez

                                    Name: Jonald Gutierrez

                                    Title: Counselor