**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−24385−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| David J. Perla<br>11719 Percheron Cir.<br>Irwin, PA 15642 | Lynn Petrarca−Perla<br>11719 Percheron Cir.<br>Irwin, PA 15642 |

Social Security No.:
    xxx−xx−0911                                          xxx−xx−1436

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Albert G. Reese Jr.<br>Law Office of Albert G. Reese, Jr.<br>640 Rodi Road, 2nd Floor, Suite 2<br>Pittsburgh, PA 15235<br>Telephone number: 412−241−1697 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>February 24, 2020<br>03:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>February 24, 2020<br>03:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/30/20

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24385-GLT
David J. Perla                                                            Chapter 13
Lynn Petrarca-Perla
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 3            Date Rcvd: Jan 30, 2020
                              Form ID: rsc13          Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
```
db/jdb         +David J. Perla,    Lynn Petrarca-Perla,    11719 Percheron Cir.,    Irwin, PA 15642-6745
15154846       +Aas Debt Recovery In,    Pob 129,    Monroeville, PA 15146-0129
15174244      ++CONTINENTAL FINANCE COMPANY LLC,     PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance,     c/o VERVE,    PO BOX 105125,
                 Atlanta, GA 30348)
15174235       +Capital One Bank,    Midland Funding,    c/o Hayt, Hayt & Landau LLC,
                 123 S. Broad Street, Suite 1660,    Philadelphia, PA 19109-1003
15179582        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15154850       +Citibank/Exxon Mobile,    Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15154851       +Citibank/Goodyear,    Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15154852       +Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,    Sioux Falls, SD 57117-6275
15174247       +Exxon Mobil & Citibank,    PO BOX 6497,    Sioux Falls, SD 57117-6497
15183390       +First Commonwealth Bank,    c/o Karen L. Hughes, Esquire,    AAS Debt Recovery Inc.,
                 2526 Monroeville Blvd., Suite 205,    Monroeville, PA 15146-2371
15154859       +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
15174253       +Goodyear Tire/ Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
15174254       +Greater Pittsburgh Orthopedic,    c/o IC Systems Inc,    PO Box 64378,
                 Saint Paul, MN 55164-0378
15174255       +Home Depot Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
15174260       +MABT/CONTFIN,    121 Continental Dr.,    Suite 1,    Newark, DE 19713-4326
15154860       +NTB/CBSD,    Citi Corp Credit Services Centralized Ba,    Po Box 20507,
                 Kansas City, MO 64195-0507
15184502       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15154862       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15154864       +Recivable Management Services. LLC,    240 Emery Street,    Bethlehem, PA 18015-1980
15174269       +Sears Citi Bank,    PO Box 6282,    Sioux Falls, SD 57117-6282
15174270       +Sunoco Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
15154869       +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
15174276       +Target Credit,    c/o TD Bank USA,    3701 Wayzata Blvd #MS6C,    Minneapolis, MN 55416-3440
15180077        UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
15180080        UPMC Physician Services,    PO Box 1123,    Minneapolis MN 55440-1123
15154871       +USDOE/GLELSI,    2401 International Lane,    Madison, WI 53704-3121
15154870        Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                 Cherry Hill, NJ 08003-3620
15154872       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2020 03:15:51     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:17:40
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15179756        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 31 2020 03:15:23
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
15154847       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 31 2020 03:15:23
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
15159694        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2020 03:17:46     CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15154849       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2020 03:18:44     Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
15174234       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2020 03:18:44     Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
15154848       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2020 03:18:09     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15174236       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2020 03:15:33     Catherins,
                 c/o Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
15156924       +E-mail/Text: bankruptcy@cavps.com Jan 31 2020 03:16:23     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15154853       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 31 2020 03:16:06
                 Collection Service Center, Inc.,    Attn: Bankruptcy,    839 5th Ave.,
                 New Kensington, PA 15068-6303
15174241       +E-mail/Text: BKRMailOps@weltman.com Jan 31 2020 03:16:10     Comenity Bank,
                 c/o Weltman Weinberg & Reis,    PO Box 93596,    Cleveland, OH 44101-5596
15154854       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2020 03:15:33     Comenity Bank/Express,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15154855       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2020 03:15:33     Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15154857       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 31 2020 03:18:13     Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15174248       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2020 03:15:33     Fashion Bug,
                 PO Box 182789,    Columbus, OH 43218-2789
```

```
District/off: 0315-2                  User: nsha                    Page 2 of 3                   Date Rcvd: Jan 30, 2020
                                      Form ID: rsc13                Total Noticed: 69

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15154858       +E-mail/Text: bnc-bluestem@quantum3group.com Jan 31 2020 03:16:35      Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
15174252       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2020 03:18:19
                 GE Capital Retail Bank,    c/o Cach, LLC,    4340 S. Monaco St. Unit 2,    Denver, CO 80237-3485
15174251       +E-mail/Text: bankruptcy@cavps.com Jan 31 2020 03:16:23      GE Capital Retail Bank,
                 c/o Calvary Portfolio Services,    PO Box 520,    Valhalla, NY 10595-0520
15174229       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 31 2020 03:15:23      GM Financial,
                 4001 Embarcadero,   Arlington, TX 76014-4106
15174256       +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:17:31      JC Penney,   c/o Synchrony Bank,
                 PO Box 965007,   Orlando, FL 32896-5007
15174257       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2020 03:15:33      Justice,
                 c/o Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
15174258       +E-mail/Text: bncnotices@becket-lee.com Jan 31 2020 03:15:18      Kohl's,   c/o Capital One,
                 PO Box 3115,   Milwaukee, WI 53201-3115
15180453        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2020 03:17:46      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15174259       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2020 03:15:33      Lane Bryant,
                 c/o Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
15174261       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2020 03:15:34      Maurices,
                 c/o Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
15174262       +E-mail/Text: ebn@ltdfin.com Jan 31 2020 03:15:25      NTB Citibank,   c/o LTD Financial Services,
                 7322 Southwest Freeway,    STE 1600,    Houston, TX 77074-2134
15154861       +Fax: 407-737-5634 Jan 31 2020 03:32:28      OCWEN Loan Servicing,    Attn: Bankruptcy,
                 1661 Worthington Rd St. 100,    West Palm Beach, FL 33409-6493
15154863        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:17:40
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
15171824        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:18:14
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15174265       +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:17:32      Paypal Smart Account,
                 c/o Synchrony Bank,    PO BOX 965005,    Orlando, FL 32896-5005
15154865       +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:18:38      Syncb/PPC,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
15155133       +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:18:04      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15154866       +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:18:37      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15154867       +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:18:03      Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15154868       +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:18:38      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174277       +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:17:31      TJX COS,   c/o Synchrony Bank,
                 PO Box 965005,   Orlando, FL 32896-5005
15177451        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 31 2020 03:18:22      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
15174280       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2020 03:15:34      Victoria Secret,
                 c/o Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
15174281       +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:17:31      Walmart/ Synchrony Bank,
                 PO Box 965024,   Orlando, FL 32896-5024
15170467       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 31 2020 03:16:05      West Penn Power,
                 5001 NASA Blvd,   Fairmont WV 26554-8248
                                                                                              TOTAL: 41

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
15174230*      +Aas Debt Recovery In,   Pob 129,    Monroeville, PA 15146-0129
15174231*      +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,   Arlington, TX 76096-3853
15154856*     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Continental Finance Company,     Attn: Bankruptcy,   Po Box 8099,
                 Newark, DE 19714)
15174245*     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Continental Finance Company,     Attn: Bankruptcy,   Po Box 8099,
                 Newark, DE 19714)
15174233*      +Capital One,   Po Box 30281,    Salt Lake City, UT 84130-0281
15174232*      +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15156926*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15174237*      +Citibank/Exxon Mobile,    Attn: Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
15174238*      +Citibank/Goodyear,    Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15174239*      +Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,    Sioux Falls, SD 57117-6275
15174240*      +Collection Service Center, Inc.,    Attn: Bankruptcy,    839 5th Ave.,
                 New Kensington, PA 15068-6303
15174242*      +Comenity Bank/Express,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15174243*      +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15174246*      +Credit One Bank,    Attn: Bankruptcy Department,    Po Box 98873,   Las Vegas, NV 89193-8873
15174249*      +Fingerhut,   Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
15174250*      +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
15174263*      +NTB/CBSD,   Citi Corp Credit Services Centralized Ba,    Po Box 20507,
                 Kansas City, MO 64195-0507
```

```
District/off: 0315-2            User: nsha                  Page 3 of 3                  Date Rcvd: Jan 30, 2020
                                Form ID: rsc13              Total Noticed: 69


              ***** BYPASSED RECIPIENTS (continued) *****
15174264*        +OCWEN Loan Servicing,    Attn: Bankruptcy,    1661 Worthington Rd St. 100,
                   West Palm Beach, FL 33409-6493
15174267*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                   (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    120 Corporate Blvd,
                   Norfold, VA 23502)
15174266*        +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15174268*        +Recivable Management Services. LLC,    240 Emery Street,    Bethlehem, PA 18015-1980
15174271*        +Syncb/PPC,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174272*        +Synchrony Bank/Amazon,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174273*        +Synchrony Bank/TJX,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174274*        +Synchrony Bank/Walmart,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174275*        +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
15174279*        +USDOE/GLELSI,    2401 International Lane,    Madison, WI 53704-3121
15174278*         Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                   Cherry Hill, NJ 08003-3620
15174282*        +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTALS: 1, * 29, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Joint Debtor Lynn  Petrarca-Perla areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Debtor David J. Perla areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```