**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David J. Perla
Lynn Petrarca–Perla**
   Debtor(s)

Bankruptcy Case No.: 19−24385−GLT
Issued per 6/1/2020 Proceeding
Chapter: 13
Docket No.: 40 − 20
Concil. Conf.: August 27, 2020 at 01:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 20, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. ***A final plan conciliation conference will be held on Aug. 27, 2020 at 01:00 PM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.*** If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐ H.   Additional Terms:

*(2.)*   ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: June 3, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24385-GLT
David J. Perla                                                            Chapter 13
Lynn Petrarca-Perla
      Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: dbas                  Page 1 of 3                  Date Rcvd: Jun 03, 2020
                              Form ID: 149                Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
```
db/jdb         +David J. Perla,    Lynn Petrarca-Perla,    11719 Percheron Cir.,    Irwin, PA 15642-6745
15154846       +Aas Debt Recovery In,    Pob 129,    Monroeville, PA 15146-0129
15174244      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance,    c/o VERVE,    PO BOX 105125,
                 Atlanta, GA 30348)
15174235       +Capital One Bank,   Midland Funding,    c/o Hayt, Hayt & Landau LLC,
                 123 S. Broad Street, Suite 1660,    Philadelphia, PA 19109-1003
15179582        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15154850       +Citibank/Exxon Mobile,    Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15154851       +Citibank/Goodyear,   Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15154852       +Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,    Sioux Falls, SD 57117-6275
15174247       +Exxon Mobil & Citibank,    PO BOX 6497,    Sioux Falls, SD 57117-6497
15183390       +First Commonwealth Bank,    c/o Karen L. Hughes, Esquire,    AAS Debt Recovery Inc.,
                 2526 Monroeville Blvd., Suite 205,    Monroeville, PA 15146-2371
15154859       +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
15174253       +Goodyear Tire/ Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
15174254       +Greater Pittsburgh Orthopedic,    c/o IC Systems Inc,    PO Box 64378,
                 Saint Paul, MN 55164-0378
15174255       +Home Depot Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
15174260       +MABT/CONTFIN,    121 Continental Dr.,    Suite 1,    Newark, DE 19713-4326
15154860       +NTB/CBSD,    Citi Corp Credit Services Centralized Ba,    Po Box 20507,
                 Kansas City, MO 64195-0507
15154861       +OCWEN Loan Servicing,    Attn: Bankruptcy,    1661 Worthington Rd St. 100,
                 West Palm Beach, FL 33409-6493
15184502       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15154862       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15154864       +Recivable Management Services. LLC,    240 Emery Street,    Bethlehem, PA 18015-1980
15174269       +Sears Citi Bank,    PO Box 6282,    Sioux Falls, SD 57117-6282
15174270       +Sunoco Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
15154869       +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
15174276       +Target Credit,    c/o TD Bank USA,    3701 Wayzata Blvd #MS6C,    Minneapolis, MN 55416-3440
15180077        UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
15180080        UPMC Physician Services,    PO Box 1123,    Minneapolis MN 55440-1123
15154871       +USDOE/GLELSI,    2401 International Lane,    Madison, WI 53704-3121
15154870        Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                 Cherry Hill, NJ 08003-3620
15154872       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2020 03:14:23
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15179756        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 04 2020 03:18:29
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
15154847       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 04 2020 03:18:29
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
15159694        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2020 03:28:07       CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15154849       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 04 2020 03:13:24       Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
15174234       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 04 2020 03:14:19       Capital One,
                 PO Box 30281,    Salt City, UT 84130-0281
15154848       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 04 2020 03:13:24       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15174236       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 04 2020 03:18:32       Catherins,
                 c/o Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
15156924       +E-mail/Text: bankruptcy@cavps.com Jun 04 2020 03:19:22       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15154853       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 04 2020 03:19:09
                 Collection Service Center, Inc.,    Attn: Bankruptcy,    839 5th Ave.,
                 New Kensington, PA 15068-6303
15174241       +E-mail/Text: BKRMailOps@weltman.com Jun 04 2020 03:19:15       Comenity Bank,
                 c/o Weltman Weinberg & Reis,    PO Box 93596,    Cleveland, OH 44101-5596
15154854       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 04 2020 03:18:32       Comenity Bank/Express,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15154855       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 04 2020 03:18:32       Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15154857       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 04 2020 03:12:42       Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15174248       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 04 2020 03:18:32       Fashion Bug,
                 PO Box 182789,    Columbus, OH 43218-2789
15154858       +E-mail/Text: bnc-bluestem@quantum3group.com Jun 04 2020 03:19:33       Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
```

```
District/off: 0315-2           User: dbas                  Page 2 of 3                   Date Rcvd: Jun 03, 2020
                               Form ID: 149                Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15174252       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2020 03:12:48
                 GE Capital Retail Bank,    c/o Cach, LLC,    4340 S. Monaco St. Unit 2,    Denver, CO 80237-3485
15174251       +E-mail/Text: bankruptcy@cavps.com Jun 04 2020 03:19:23      GE Capital Retail Bank,
                 c/o Calvary Portfolio Services,    PO Box 520,    Valhalla, NY 10595-0520
15174229       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 04 2020 03:18:29        GM Financial,
                 4001 Embarcadero,    Arlington, TX 76014-4106
15174256       +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 03:12:25      JC Penney,    c/o Synchrony Bank,
                 PO Box 965007,    Orlando, FL 32896-5007
15174257       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 04 2020 03:18:32        Justice,
                 c/o Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
15174258       +E-mail/Text: bncnotices@becket-lee.com Jun 04 2020 03:18:21       Kohl's,    c/o Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
15180453        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2020 03:12:46        LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15174259       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 04 2020 03:18:32        Lane Bryant,
                 c/o Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
15174261       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 04 2020 03:18:33        Maurices,
                 c/o Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
15174262       +E-mail/Text: ebn@ltdfin.com Jun 04 2020 03:18:30       NTB Citibank,    c/o LTD Financial Services,
                 7322 Southwest Freeway,    STE 1600,    Houston, TX 77074-2134
15154863        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2020 03:12:42
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
15171824        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2020 03:12:40
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15174265       +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 03:14:09      Paypal Smart Account,
                 c/o Synchrony Bank,    PO BOX 965005,    Orlando, FL 32896-5005
15154865       +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 03:14:09      Syncb/PPC,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15155133       +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 03:12:25      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15154866       +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 03:12:26      Synchrony Bank/Amazon,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15154867       +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 03:12:25      Synchrony Bank/TJX,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15154868       +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 03:14:09      Synchrony Bank/Walmart,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174277       +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 03:12:25      TJX COS,    c/o Synchrony Bank,
                 PO Box 965005,    Orlando, FL 32896-5005
15177451        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 04 2020 03:29:28        Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
15174280       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 04 2020 03:18:33        Victoria Secret,
                 c/o Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
15174281       +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 03:13:14      Walmart/ Synchrony Bank,
                 PO Box 965024,    Orlando, FL 32896-5024
15170467       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 04 2020 03:19:09        West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 39

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
15174230*      +Aas Debt Recovery In,    Pob 129,    Monroeville, PA 15146-0129
15174231*      +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
15154856*     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance Company,     Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
15174245*     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance Company,     Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
15174233*      +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
15174232*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15156926*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15174237*      +Citibank/Exxon Mobile,    Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15174238*      +Citibank/Goodyear,    Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15174239*      +Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,    Sioux Falls, SD 57117-6275
15174240*      +Collection Service Center, Inc.,    Attn: Bankruptcy,    839 5th Ave.,
                 New Kensington, PA 15068-6303
15174242*      +Comenity Bank/Express,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15174243*      +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15174246*      +Credit One Bank,    Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15174249*      +Fingerhut,    Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
15174250*      +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
15174263*      +NTB/CBSD,    Citi Corp Credit Services Centralized Ba,    Po Box 20507,
                 Kansas City, MO 64195-0507
15174264*      +OCWEN Loan Servicing,    Attn: Bankruptcy,    1661 Worthington Rd St. 100,
                 West Palm Beach, FL 33409-6493
15174267*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    120 Corporate Blvd,
                 Norfold, VA 23502)
```

```
District/off: 0315-2          User: dbas              Page 3 of 3                   Date Rcvd: Jun 03, 2020
                              Form ID: 149            Total Noticed: 68


              ***** BYPASSED RECIPIENTS (continued) *****
15174266*       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15174268*       +Recivable Management Services. LLC,    240 Emery Street,    Bethlehem, PA 18015-1980
15174271*       +Syncb/PPC,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174272*       +Synchrony Bank/Amazon,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174273*       +Synchrony Bank/TJX,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174274*       +Synchrony Bank/Walmart,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15174275*       +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
15174279*       +USDOE/GLELSI,    2401 International Lane,    Madison, WI 53704-3121
15174278*        Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                  Cherry Hill, NJ 08003-3620
15174282*       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTALS: 1, * 29, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Joint Debtor Lynn  Petrarca-Perla areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Debtor David J. Perla areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```