**Form 213**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David J. Perla**
**Lynn Petrarca−Perla**
  Debtor(s)

Bankruptcy Case No.: 19−24385−GLT
Related to Docket No. 46
Chapter: 13
Docket No.: 47 − 46
Concil. Conf.: April 15, 2021 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **March 8, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **March 22, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **April 15, 2021** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 20, 2021

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24385-GLT |
| David J. Perla | Chapter 13 |
| Lynn Petrarca-Perla | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: hthu | Page 1 of 4 |
| Date Rcvd: Jan 21, 2021 | Form ID: 213 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David J. Perla, Lynn Petrarca-Perla, 11719 Percheron Cir., Irwin, PA 15642-6745 |
| 15154846 | + | Aas Debt Recovery In, Pob 129, Monroeville, PA 15146-0129 |
| 15174244 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance, c/o VERVE, PO BOX 105125, Atlanta, GA 30348 |
| 15174235 | + | Capital One Bank, Midland Funding, c/o Hayt, Hayt & Landau LLC, 123 S. Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 15179582 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15154850 | + | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15154851 | + | Citibank/Goodyear, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15154852 | + | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 15174247 | + | Exxon Mobil & Citibank, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 15183390 | + | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15154859 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15174253 | + | Goodyear Tire/ Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15174254 | + | Greater Pittsburgh Orthopedic, c/o IC Systems Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15174255 | + | Home Depot Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15174260 | + | MABT/CONTFIN, 121 Continental Dr., Suite 1, Newark, DE 19713-4326 |
| 15154860 | + | NTB/CBSD, Citi Corp Credit Services Centralized Ba, Po Box 20507, Kansas City, MO 64195-0507 |
| 15154861 | + | OCWEN Loan Servicing, Attn: Bankruptcy, 1661 Worthington Rd St. 100, West Palm Beach, FL 33409-6493 |
| 15154864 | + | Recivable Management Services. LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15174269 | + | Sears Citi Bank, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 15174270 | + | Sunoco Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15154869 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15174276 | + | Target Credit, c/o TD Bank USA, 3701 Wayzata Blvd #MS6C, Minneapolis, MN 55416-3440 |
| 15180077 | | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15180080 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15154871 | + | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15154870 | | Udren Law Offices, P.C., Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 15154872 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2021 03:59:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15179756 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 22 2021 03:46:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15154847 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 22 2021 03:46:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15159694 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2021 03:55:27 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15154848 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 22 2021 03:59:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15174234 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 22 2021 03:59:01 | Capital One, PO Box 30281, Salt City, UT 84130-0281 |
| 15154849 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 22 2021 03:55:15 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15174236 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 03:46:00 | Catherins, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15156924 | + | Email/Text: bankruptcy@cavps.com | Jan 22 2021 03:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15154853 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 22 2021 03:47:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15174241 | + | Email/Text: BKRMailOps@weltman.com | Jan 22 2021 03:47:00 | Comenity Bank, c/o Weltman Weinberg & Reis, PO Box 93596, Cleveland, OH 44101-5596 |
| 15154854 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 03:46:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15154855 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 03:46:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15154857 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 22 2021 03:55:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15174248 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 03:46:00 | Fashion Bug, PO Box 182789, Columbus, OH 43218-2789 |
| 15154858 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 22 2021 03:47:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 15174252 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2021 03:51:33 | GE Capital Retail Bank, c/o Cach, LLC, 4340 S. Monaco St. Unit 2, Denver, CO 80237-3485 |
| 15174251 | + | Email/Text: bankruptcy@cavps.com | Jan 22 2021 03:47:00 | GE Capital Retail Bank, c/o Calvary Portfolio Services, PO Box 520, Valhalla, NY 10595-0520 |
| 15174229 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 22 2021 03:46:00 | GM Financial, 4001 Embarcadero, Arlington, TX 76014-4106 |
| 15174256 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:55:12 | JC Penney, c/o Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 15174257 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 03:46:00 | Justice, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15174258 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 22 2021 03:46:00 | Kohl's, c/o Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15180453 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2021 03:59:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15174259 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 03:46:00 | Lane Bryant, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15174261 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 03:46:00 | Maurices, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15174262 | + | Email/Text: ebn@ltdfin.com | Jan 22 2021 03:46:00 | NTB Citibank, c/o LTD Financial Services, 7322 Southwest Freeway, STE 1600, Houston, TX 77074-2134 |
| 15184502 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 22 2021 03:46:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15154862 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 22 2021 03:46:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15154863 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2021 03:51:29 | Portfolio Recovery, Attn: Bankruptcy, 120 |

| Recip ID | Bypass | Notice Method / Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Corporate Blvd, Norfold, VA 23502 |
| 15171824 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2021 03:55:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15174265 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:55:12 | Paypal Smart Account, c/o Synchrony Bank, PO BOX 965005, Orlando, FL 32896-5005 |
| 15154865 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:55:12 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15155133 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:58:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15154866 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:55:12 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15154867 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:51:20 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15154868 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:55:12 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15174277 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:55:12 | TJX COS, c/o Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 15177451 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 22 2021 03:55:37 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15174280 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 03:46:00 | Victoria Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15174281 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 03:55:12 | Walmart/ Synchrony Bank, PO Box 965024, Orlando, FL 32896-5024 |
| 15170467 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 22 2021 03:47:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15174230 | *+ | Aas Debt Recovery In, Pob 129, Monroeville, PA 15146-0129 |
| 15174231 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15154856 | *P++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099, address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15174245 | *P++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099, address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15174232 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15174233 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15156926 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15174237 | *+ | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15174238 | *+ | Citibank/Goodyear, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15174239 | *+ | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 15174240 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15174242 | *+ | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15174243 | *+ | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15174246 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15174249 | *+ | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 15174250 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15174263 | *+ | NTB/CBSD, Citi Corp Credit Services Centralized Ba, Po Box 20507, Kansas City, MO 64195-0507 |
| 15174264 | *+ | OCWEN Loan Servicing, Attn: Bankruptcy, 1661 Worthington Rd St. 100, West Palm Beach, FL 33409-6493 |
| 15174266 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15174267 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

|  |  |  |
|---|---|---|
|  |  | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15174268 | *+ | Recivable Management Services. LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15174271 | *+ | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15174272 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15174273 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15174274 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15174275 | *+ | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15174279 | *+ | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15174278 | * | Udren Law Offices, P.C., Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 15174282 | *+ | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 1 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021         Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Joint Debtor Lynn Petrarca-Perla areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Debtor David J. Perla areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5