**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DAVID J. PERLA
    LYNN PETRARCA-PERLA
        Debtor(s)

Case No.:19-24385 GLT

    Ronda J. Winnecour
        Movant
      vs.
    No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/08/2019 and confirmed on 06/03/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,125.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,125.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,888.87 | |
|    Trustee Fee | 1,494.88 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,383.75 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 15,557.17 | 0.00 | 15,557.17 |
|   Acct: 1786 | | | | |
| PNC BANK NA | 37,297.01 | 0.00 | 0.00 | 0.00 |
|   Acct: 1786 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA G | 1,000.00 | 134.15 | 49.93 | 184.08 |
|   Acct: 4794 | | | | |
| | | | | 15,741.25 |
| **Priority** | | | | |
| ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID J. PERLA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW OFFICE OF ALBERT G REESE JR | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ALBERT G REESE JR ESQ | 3,500.00 | 2,888.87 | 0.00 | 0.00 |
|   Acct: | | | | |

\* \* \* N O N E \* \* \*

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| FIRST COMMONWEALTH BANK<br>Acct: 0011 | 393.09 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 5589 | 631.96 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE**<br>Acct: 1527 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE**<br>Acct: 0601 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 7728 | 427.59 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE**<br>Acct: 2309 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE**<br>Acct: 1825 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 2497 | 960.58 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE**<br>Acct: 2638 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 5228 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 8884 | 355.31 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 4526 | 1,090.83 | 0.00 | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++<br>Acct: 1250 | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: IEQP | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 5572 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 4099 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 6897 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 6897 | 0.00 | 0.00 | 0.00 | 0.00 |
| CONTINENTAL FINANCE/VERVE MASTERC<br>Acct: 7178 | 0.00 | 0.00 | 0.00 | 0.00 |
| CONTINENTAL FINANCE<br>Acct: 7178 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 3597 | 1,104.97 | 0.00 | 0.00 | 0.00 |
| EXXON MOBILE/CITIBANK<br>Acct: 0573 | 0.00 | 0.00 | 0.00 | 0.00 |
| FASHION BUG++<br>Acct: 7053 | 0.00 | 0.00 | 0.00 | 0.00 |
| FINGERHUT<br>Acct: 4935 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST PREMIER BANK<br>Acct: 9093 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*)<br>Acct: 2226 | 1,762.11 | 0.00 | 0.00 | 0.00 |
| GECRB<br>Acct: 0035 | 0.00 | 0.00 | 0.00 | 0.00 |
| GDYR CBNA<br>Acct: 4317 | 0.00 | 0.00 | 0.00 | 0.00 |
| IC SYSTEM INC++<br>Acct: 4001 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 341.38 | 0.00 | 0.00 | 0.00 |

| 19-24385 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 7462 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 830.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 0428 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8130 | | | | |
| | CAPITAL ONE NA** | 3,629.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 2925 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1697 | | | | |
| | CONTINENTAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0590 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3596 | | | | |
| | LTD FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0121 | | | | |
| | NTB CREDIT PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8110 | | | | |
| | OCWEN LOAN SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2070 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2446 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7923 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2497 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1224 | | | | |
| | REC MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1351 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7705 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 506.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 0022 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0482 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7097 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6452 | | | | |
| | CACH LLC | 687.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 1991 | | | | |
| | TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3453 | | | | |
| | TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7052 | | | | |
| | CACH LLC | 602.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 7012 | | | | |
| | GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8581 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0370 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5098 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4141 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UDREN LAW OFFICES PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 19-24385 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|     WELLS FARGO DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0770 | | | | |
|     AMERICREDIT FINANCIAL SVCS INC DBA G | 122.68 | 0.00 | 0.00 | 0.00 |
|         Acct: 4794 | | | | |
|     VERIZON BY AMERICAN INFOSOURCE AS | 464.80 | 0.00 | 0.00 | 0.00 |
|         Acct: 0001 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LLC | 927.49 | 0.00 | 0.00 | 0.00 |
|         Acct: 9622 | | | | |
|     WEST PENN POWER* | 122.34 | 0.00 | 0.00 | 0.00 |
|         Acct: 8346 | | | | |
|     UPMC PHYSICIAN SERVICES | 1,410.62 | 0.00 | 0.00 | 0.00 |
|         Acct: 0911 | | | | |
|     UPMC HEALTH SERVICES | 2,559.65 | 0.00 | 0.00 | 0.00 |
|         Acct: 1436 | | | | |
|     UPMC PHYSICIAN SERVICES | 1,219.27 | 0.00 | 0.00 | 0.00 |
|         Acct: 0911 | | | | |
|     UPMC HEALTH SERVICES | 664.55 | 0.00 | 0.00 | 0.00 |
|         Acct: 0911 | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 15,741.25 |
|---|---|---|
| TOTAL CLAIMED | | |
|   PRIORITY | 0.00 | |
|   SECURED | 38,297.01 | |
|   UNSECURED | 20.815.81 | |

Date: 04/08/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com